## Commonwealth *v.* Solomon, Appellant.

Before BROMINSKI, P. J.

Submitted March 20, 1969. *Daniel F. Daley* and *Helen M. Stack,* for appellant; *Charles D. Lemmond, Jr.,* First Assistant District Attorney,

and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.